**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**CLARENCE WILEY,**

    **Petitioner,**

  **v.**                                            **CASE NO. 2:05-cv-698**
                                                           **JUDGE SMITH**
**PATRICK HURLEY, Warden,**              **MAGISTRATE JUDGE ABEL**

    **Respondent.**

**OPINION AND ORDER**

On February 28, 2006, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 be dismissed. Petitioner has filed objections to the Magistrate Judge's *Report and Recommendation*. Petitioner objects to all of the Magistrate Judge's recommendations. Petitioner again raises all of the same arguments that were previously presented.

Pursuant to 28 U.S.C. 636(b)(1), this Court has conducted a *de novo* review of those portions of the *Report and Recommendation* objected to. For the reasons discussed in the Magistrate Judge's *Report and Recommendation*, petitioner's objections are **OVERRULED**.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED.** This action is hereby **DISMISSED.**

    **IT IS SO ORDERED.**

                                                  \s\ George C. Smith
                                                     GEORGE C. SMITH
                                                 United States District Judge